DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of L.B. and R.B., children
_____

V.B.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and GUARDIAN AD LITEM
PROGRAM,

Appellees.

No. 2D23-2492

_____

March 22, 2024

Appeal from the Circuit Court for Hillsborough County; Daryl M.
Manning, Judge.

Jonathan E. Hackworth of Hackworth Law, PA, Tampa, for Appellant.

Mary Soorus of Children's Legal Services, Tampa, for Appellee
Department of Children and Families.

Sara Elizabeth Goldfarb and Caitlin E. Burke of Statewide Guardian ad
Litem Office, Tallahassee, and Jennifer E. Jones of McIntyre Thanasides
Bringgold Elliott Grimaldi Guito & Matthews, P.A., Tampa, for Appellee
Guardian ad Litem Office, Defending Best Interests.

PER CURIAM.

Affirmed.

NORTHCUTT, VILLANTI, and KHOUZAM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.